Angel Kearney
354 Doremus Ave.
Newark, NJ 07105

April 19, 2024

Attn: Clerk of Courts
United States Courthouse
50 Walnut Street
Newark, NJ 07102

**Ref: PRO SE REQUEST REGARDING REPRESENTATION BY COUNSEL - (21-00838 BRM)**

Dear Clerk of Courts

    Please date and time stamp the enclosed letter and file it unsealed on my docket. Thank you.

Sincerely,

Angel Kearney

Angel Kearney
354 Doremus Ave.
Newark, NJ 07105

April 19, 2024

Attn: Honorable Judge Brian Martinotti
United States Courthouse
50 Walnut Street
Newark, NJ 07102

**Ref: PRO SE REQUEST REGARDING REPRESENTATION BY COUNSEL - (21-00838 BRM)**

Dear Hon. Judge,

I would like to contact you as I want to make it clear that I have respect for your court and do not want to waste your time or the courts time. I am asking my lawyer for a trial date. I have been here for 3 years. Every year I am here I lose 5 months of jail credits, effectively keeping me away from my family for longer. I have been asking for my speedy trial rights for years and I simply want a trial date and preferably in the next 70 days. As I am alone, this will not be a long trial and I ask to find a way to fit me in.

I would not like to fire my attorney unless I cannot get a trial date and have my motions filed. I would like a firm scheduling order with a firm trial date that won't change. I want my motions filed on time for
(1) 6th Amendment Barker (having asserted my right to a speedy trial, being prejudiced, 14 months has passed, all but one continuance were not caused by me.)
(2) Bail Appeal (based on changed in circumstances and Accetturo Factors due to the time that has passed, requiring further assessment.)
(3) 846 Dismissal under Rule 7 (as per the motion filed by Tim Donohue)
(4) 924(c) dismissal under Rule 7 (no allegation of "in furtherance of")
(5) 922(g) dismissal under the 2nd Amendment (in case the Supreme Court finalizes this matter, the record will be protected)

Thank you Your Honor.

Sincerely,

Angel Kearney

...

☑ I would like to **stop all continuances** and assert my right to a speedy trial. I would like a scheduling order with a trial date. I understand that if I am not indicted that this may expedite my indictment.

☑ I have been in pretrial incarceration for over 14 months, have asserted my right to a speedy trial and have not asked for continuances. I would like to file for a dismissal of all my charges with prejudice, for **violation of my 6th Amendment**, as per: Barker v. Wingo, 407 U.S. 514, 531, 92 S. Ct. 2182, 33 L. Ed. 2d 101 (1972)

☑ I qualify for the Attorney General Merrick Garland's memorandum issued on December 16, 2022. I am being overcharged and would like my attorney to contact the prosecutor's office to discuss my charges and/or proposed enhancements and the fact that Racial Justice demands they be re-assessed and removed.
Overcharges include: (check all that apply)

☐ False 846 drug conspiracy   ☑ 924c     ☐ A Mandatory Minimum

☑ Career Offender (4b1.1)  ☐ Other overcharge _____

Attorney General Merrick Garland's December 16, 2023 memorandum asks his US attorneys to withdraw overcharges that *"have resulted in disproportionately severe sentences for certain defendants"..."and perceived and actual racial disparities in the criminal justice system."* It is time to stop feeding off the helpless carcasses of the Black, Brown and Latino community while taking away generations of fathers from their children, propagating the cycle.

On April 20, 1964, before **Nelson Mandela** was sentenced to life in prison, he gave an impassioned speech for 4 hours in front of the South African Supreme Court and spoke these prescient words about a **brutal system of legalized racism**. His words must resonate today with Judges, Prosecutors, Defense Attorneys, The President of the United States and Congress:

*"Whites tend to regard [Black, Brown and Latino's] as a separate breed. They do not look at us as people with families of our own. They do not realize that we have emotions – that we fall in love like white people do, that we want to be with our wives and children like white people want to be with theirs, that **we want to earn money, enough money to support our families properly, to feed and clothe them and send them to school**." "We want a stake in society."*

☑ I have a **922(g)** charge and I would like to have a **motion to dismiss** filed based on the **violation of my 2nd Amendment** as supported in the recent case law *Range v. AG United States*, 2023 U.S. App. LEXIS 13972 (3rd Cir, 2023) and *United States v. Bullock*, 2023 U.S. Dist. LEXIS 112397 (SD Miss, June 28, 2023), etc.

☑ **URBAN MINORITIES ARE BEING WRONGLY OVERCHARGED WITH 846 CONSPIRACY** – Prosecutors round up dozens of Black and Latino defendants in a given area and charge them as if they are part of a conspiracy. None have made any agreement nor do they have any financial "stake" with each other. This allows for an indictment to add up all the drugs from everyone and OVERCHARGE each and every defendant, typically under 841(b)(1)(A), which has a 10 year mandatory minimum. This then creates a presumption of detention for bail. These defendants then sit detained for years in a county jail "marinating" (losing wives, children and family relationships) until they give up. This must stop.

☑ **924(c) IS BEING USED AS AN OVERCHARGE** – When a drug and a gun are involved in a case, prosecutors will falsely add a 924(c) to threaten the defendant, when in reality there is no evidence that there was any "active crime" or that the gun furthered drug trafficking. In United States v. Alexander, 381 F. Supp. 2d 884 (ED Wis., 2005), Hon. Judge Lynn Adelman notes that the United States Attorney's Office *"consistently has a policy of charging under 924(c) merely as a bargaining tactic."*

# RacialJusticeReform.com
## 10 million+ members by Election Day 2024
## America's #1 Racial & Judicial Equity Organization

*"This nation needs to be deeply concerned with the plight of the poor and disenfranchised. Until we commit ourselves to ensuring that the underclass is given justice and opportunity, it will continue to perpetuate ... anger and violence."* – Martin Luther King

## New Jersey Federal Judges Rules of Consciences

The effort to repair the NJ Federal Conviction Machine that is fueled by the black and brown community cannot be done without the support of federal judges. SDNY has previously overhauled their district to assure a fair and equitable process for defendants. The same is needed in New Jersey.

(1) Start simple – Say hello to defendants. Treat him/her like a human being.
(2) Respect the trial dates that you set. Prosecutors play the *"trial dating game"* to pressure bad plea offers.
(3) As far-fetched as this may sound, remember that a defendant is *innocent until proven guilty*. Do not treat him/her otherwise.
(4) Realize that you are mostly dealing with the poor and disenfranchised who society has been crushing all their lives. Do not join in on this process. Nelson Mandela stated - *"Whites tend to regard [Black, Brown and Latinos] as a separate breed. They do not look at us as people with families of our own. They do not realize that we have emotions – that we fall in love like white people do, that we want to be with our wives and children like white people want to be with theirs, that we want to earn money, enough money to support our families properly, to feed and clothe them and send them to school."*
(5) Give defendants the benefit of the doubt regarding bail.
    a. Realize that prosecutors overcharge to create a presumption of detention. Don't promote the burgeoning pre-trial prison industrial system.
    b. Give all non-violent cases an opportunity to go home on bail. Statistics show that fractions of 1% get re-arrested while on federal bail.[1] Additionally, only 2% of federal cases nationwide are violent. Keep in mind that pretrial detention does not include First Step Act credits for defendants. A defendant will spend 25% more time incarcerated in pre-trial detention and away from his/her children than he would serving the same sentence in a federal prison.
(6) Be wary of proffered statements made by prosecutors at bail hearings. Without actual proof, prosecutors get away with excessive false accusations against defendants. Notify

---

[1] **Fed Justice Statistics 2015-2016, Bureau of Justice Stat.**, at 3 (Jan 2019). Statistics show that 99% of released federal defendants nationwide appeared for court as required and over 98% did not commit new crimes while on bail. (Judicial Business, Federal Pretrial Services Tables, Admin Off, US Courts) In 2019, the SDNY had only .04% of released defendants rearrested while on bail.

defendants of their right to ask for a bail evidentiary hearing to cross examine witnesses regarding accusations made by prosecutors during bail hearings.

(7) Take the time to explain to each defendant their rights (as is done by most SDNY judges). Including their (a) Right to a bail hearing (b) Right to adequate counsel (c) Right to a preliminary hearing (d) right to a speedy trial and explanation of what a continuance is.
Is this the job of a federal judge? It is not being explained to defendants by their appointed counsel and hence they are left dumb and in the dark, ready to become victims of the justice system. Yes, a good judge should inform defendants of their rights.

(8) Avoid joining the "Blue Wall of Silence." Justice is supposed to be blind. Yes, you will see prosecutors for decades to come at local restaurants and holiday events. Yes, you will see the same police officers come into your courtroom. You won't see defendants at these holiday parties as they will be sitting in jails for years or decades to come, so there may be a natural loyalty to prosecutors and police officers. The desire for more money and power corrupts even public officials. The aspiration of prosecutors and police officers for promotions is enormous. Prosecutors want judgeships and to be hired at high priced law firms and will bend and break the rules to keep their perfect win record.

(9) Understand that your job includes the task of assuring a fair process of justice and it is not to increase convictions or assure a 98% federal conviction rate.

(10) When a violation of the 4th and 6th Amendment exists, dismiss the case. Do not look the other way. Protect the Constitution. If you look the other way for defendants, the slippery slope will come for all citizens eventually.

Thank you for taking the time to consider the potential of a better and more racial fair justice system.

x admin@RacialJusticeReform.com


*Darrell Steinberg (Sacramento Mayor)* - *"As much as we want to believe that a single law, more police or a tougher sentence can protect us, the truth is that the best way to cut crime is to stop it from happening in the first place, not with the pounding fist of punishment that has left us with full jails and prisons where more than a third of people return within a few years of release. When people have tools to succeed on the outside, they will have better lives and are much less likely to commit another crime. You cannot arrest your way out of poverty and addiction."*

# TAKE 5 MINUTES AND ADD YOUR NAME AND EMAIL TO THE CONGRESSIONAL PETITION @ www.RacialJusticeReform.com

Angel Kearney
354 Doremus Ave.
Newark, NJ 07105

February 28, 2024

Attn: Honorable Judge Brian Martinotti
United States Courthouse
50 Walnut Street
Newark, NJ 07102

Dear Hon. Judge,

    While I was pleased with Mr. Donohue and his representation, since he withdrew, it is by this means that I ask you to please assign to me a new attorney. I want to make it clear that I have respect for the court and I just want my right to a speedy trial and my rights under Apprendi, specifically to contest the alleged conspiracy[1] and thereby the drug amount that I am responsible for along with other charges. I would like to retain my reduction under 3E1.1 for taking responsibility.

    I had a trial date for February 13, 2023 and have been away from my family for a very long time. I would like to request a speedy trial as soon as possible. **Also, I understand that you had attorney Isaac Wright assigned to another case as a pro-bono attorney and I would like to know if he is available for my case, that I would appreciate the opportunity.** Thank you.

Sincerely,

*Angel Kearney*

---

[1] 12/26/2023 Tr. 17:13-17 - Robert Frazer "Mr. Kearney's involvement does come later in May and June, but the law says he is responsible for the entire amount of drugs sold by the conspirators". Furthermore, Task Force Officer Mark Thompson confirmed the same.



DV DANIELS NJ 070
23 APR 2024 PM 5 L

Angel Keeney
354 Doremus Ave.
Newark, NJ 07105

Clerk of Courts
50 Walnut St.
Newark, NJ 07102

2024 APR 30 A 10: 0
RECEIVED
DISTRICT OF NEW JERSEY
U.S. DISTRICT COURT
CLERK

07102-350567