UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 2:21-cr-838 (BRM) |
| | : | |
| VS. | : | |
| | : | |
| ANGEL KEARNEY, | : | PROPOSED ORDER |
| Defendant. | : | |

This matter having come before the Court on the application of the defendant, Angel Kearney, by and through his counsel, Lorraine Gauli-Rufo, seeking relief in the form of motions in limine, and Robert Frazer and James Graham, on behalf of the government, having been notified, and for good cause shown;

It is on this _____ day of January, 2025, ORDERED Angel Kearney's motions in limine filed on January 8, 2025 are GRANTED.

-------------------------------------------
Hon. Brian R. Martinotti
United States District Judge