UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES**

Judge: BRIAN R. MARTINOTTI     Date: 01/16/2025
Court Reporter: Tammera Witte    Docket No: 2:21-838 BRM-1

Title of the Case:

UNITED STATES OF AMERICA
v.                                                                      \
ANGEL KEARNEY

Appearances:

James Graham & Robert Frazer, AUSA
Lorraine Gauli-Rufo & Hannah Eaves, Attorney for Defendant

Nature of Proceedings:    **(Change of Plea)**

Conference held in chambers
Hearing on Defendant's application [487] for new counsel. Defendant's application is withdrawn.
Defendant present & sworn
Deft. retracts plea of Not Guilty and Pled Guilty to Counts 34ss, 35ss and 38ss of the 2nd Superseding Indictment
Rule 11 fld.
Sentence to be scheduled
Court Ordered defendant remanded

                                                Lissette Rodriguez, Courtroom Deputy
                                                to the Hon. Brian R. Martinotti

Commenced: 10:15 am
Concluded:   11:50 am