**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES**

Judge:   BRIAN R. MARTINOTTI                    Date:   01/16/2025
Court Reporter:     Tammera Witte              Docket No: 2:21-838 BRM-1

Title of the Case:

UNITED STATES OF AMERICA
v.                                                                                \
ANGEL KEARNEY

Appearances:

James Graham & Robert Frazer, AUSA
Lorraine Gauli-Rufo & Hannah Eaves, Attorney for Defendant

Nature of Proceedings:    **(Change of Plea)**

Defendant present
Hearing on Motions [479][480][483] *In Limine*
Argument held.
Rulings placed on the record
OTBS
Ordered defendant remanded

                                        Lissette Rodriguez, Courtroom Deputy
                                        to the Hon. Brian R. Martinotti

Commenced: 12:00 pm
Concluded:   1:00 pm