# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### MINUTES

Judge: BRIAN R. MARTINOTTI      Date: 01/17/2025
Court Reporter:     Docket No: 2:21-838-BRM-01

<u>Title of the Case:</u>

UNITED STATES OF AMERICA
v. \
ANGEL KEARNEY

<u>Appearances:</u>

Robert Frazer & James Graham, AUSA
Lorraine Gauli-Rufo & Hannah Eaves, Attorneys for Defendant

<u>Nature of Proceedings</u>:

Attorneys only teleconference held re: scheduling week of 01/21/2025

                     Lissette Rodriguez, Courtroom Deputy

Commenced: 12:50 pm
Concluded: 1:00 pm