UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Case No. 21-cr-838 (BRM) |
| : | |
| VS. : | |
| : | |
| ANGEL KEARNEY, : | ~~PROPOSED~~ ORDER |
| Defendant. : | |

This matter having come before the Court on the application of the defendant, Marek Ferenc, by and through his counsel, Lorraine Gauli-Rufo, seeking a two-week adjournment of Mr. Kearney's sentencing date, and Robert Frazer, on behalf of the government, having no objection to this request, and for good cause shown;

It is on this __6th__ day of May, 2025, ORDERED that Mr. Kearney's sentencing is hereby ADJOURNED until _June 16, 2025 at 1:30 pm_.

_____
Hon. Brian R. Martinotti
United States District Judge

-1-